UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4922-GW (PLAx) | Date | June 23, 2017 |
|---|---|---|---|
| Title | United States of America v. $159,421.37 in U.S. Currency and One 2002 Cadillac Escalade | | |

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| Kamilla Sali-Suleyman | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS (IN CHAMBERS):** ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

On October 10, 2016, the Court stayed the case and ordered parties to file a report to the Court concerning the status of the state criminal investigation every 120 days, with the first report due 120 days after the entry of this Order. If the related criminal matter is completed before any report is due, the parties will lodge a stipulation to vacate the stay within 30 days of the completion of the criminal case. To this day, no report has been filed.

Accordingly, the Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than **July 7, 2017** why this action should not be dismissed for lack of prosecution.

:

Initials of Preparer  KSS